IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTOR CHARLES FOURSTAR, JR.,** | Case No. 1:14-cv-01486- MJS |
| Petitioner, | **ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND FOR COPIES OF RECORDS ON APPEAL AS MOOT** |
| v. | |
| **PAUL COPENHAVER,** | **(Docs. 12, 16)** |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2241.

On December 4, 2014, this Court denied Petitioner's habeas petition and declined to issue a certificate of appealabilty. (Order, ECF No. 9.)  Judgment was entered the same day.

On January 5, 2015, Petitioner moved this Court for permission to proceed in forma pauperis on appeal. (ECF No. 12.) Petitioner also requested records from this action to be forwarded to the Ninth Circuit for his appeal. (ECF No. 16.)

On February 18, 2015, the Ninth Circuit Court of Appeals denied Petitioner's request for a certificate of appealability. (ECF No. 17.) The order effectively concluded his appeal. Having found that Petitioner is not entitled to a certificate of appealability and

that his appeal is no longer active, the Court DENIES the motion to proceed in forma paupers on appeal as moot.

Furthermore, the Court denies the request for records. As the Ninth Circuit may access this Court's electronic docket, there is no need to create paper copies of records for appeal. Accordingly the request for documents is denied without prejudice. If Petitioner provides significant evidence of the need of the records, Petitioner may renew his request for copies of records with this Court.

IT IS SO ORDERED.

Dated:   March 14, 2016              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE